

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**
OCT 24 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ODETTE LANGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CV 5226 |
| ) | Hon. Judge Robert M. Dow Jr |
| BOARD OF EDUCATION OF THE CITY ) | |
| OF CHICAGO, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF SUPPLEMENT TO**
**PLAINTIFF'S MOTION TO RECONSIDER**

TO: Sabrina Haake
Counsel Law Department
c/o Board of Education of the City Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on October 31, 2012 at 9:15 a.m., or as soon thereafter as plaintiff may be heard, she shall appear before the Honorable Judge Robert M. Dow, or any judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 1919, Chicago, Illinois, and present SUPPLEMENT TO PLAINTIFF'S MOTION TO RECONSIDER 8/22/2012 DOCKET ENTRY TEXT, a copy of which is attached hereto and herby served upon you, at which time and place you may appear if you so see fit.

Odette Langer
6427 N. Francisco Ave.
Chicago, Illinois 60645
(773) 973-0399

**CERTIFICATE OF SERVICE**

I, Odette Langer do hereby certify that I served a copy of the above and foregoing notice together with a copy of the documents referred to therein upon Defendants' counsel by enclosing a copy in an envelope addressed to Sabrina Haake, Counsel c/o Board of Education of the City of Chicago, Law Department, at 125 South Clark St., Chicago, Illinois 60603 with said envelope having affixed thereto the fully required postage for first class certified mail, and depositing same in the United States mail at 211 S. Clark St., Chicago, Illinois on October 24, 2012 on or before the hour of 5:00 p.m.

*Odette Langer*
Odette Langer