# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Odette Langer

                                        Plaintiff,

v.                                                                     Case No.: 1:11−cv−05226
                                                                              Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Magistrate Judge status hearing held on 4/15/2014 and continued to 5/28/2014 at 9:15 a.m. Defendant's motion to compel [73] is granted for the reasons stated on the record. Plaintiff's initial disclosures to be served to defendant by 4/25/2014. Plaintiff to serve responses to written discovery from defendant by 5/6/2014. Plaintiff to serve her written discovery on defendant by 5/20/2014. At the next status plaintiff is to bring tax returns for in camera review. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.