**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Odette Langer

                        Plaintiff,

v.                                                          Case No.: 1:11−cv−05226
                                                                Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Magistrate Judge status hearing and motion hearing held on 6/11/2014 and continued to 7/10/2014 at 10:00 a.m. Defendant's oral motion to compel supplemental answers to certain interrogatories and requests to produce is granted in part and denied in part for the reasons stated on the record. Plaintiff is given until 6/20/2014 to serve Defendant with supplemental answers. By 8/7/2014 parties are to notify each other as to whether they intend to offer expert opinions or testimony. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.