## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Odette Langer

            Plaintiff,

v.                  Case No.: 1:11−cv−05226
                 Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2014:

  MINUTE entry before the Honorable Sheila Finnegan: Magistrate Judge status hearing held on 7/10/2014. Defense counsel reports on the status of discovery. Plaintiff is to supplement answers to certain interrogatories (where she indicated an inability to respond until receiving discovery from defendant) by 7/24/2014. Before the next status hearing, the parties are to confer concerning defendant's objections to to plaintiff's written discovery. To the extent that the parties are unable to resolve any disputes, the Court will hear argument during the next status hearing. Defense counsel shall email the discovery responses (identifying those at issue) to Judge Finnegan's proposed order box at (Proposed_Order_Finnegan@ilnd.uscourts.gov) by 7/25/2014. Motion hearing set for 7/29/2014 at 3:00 p.m. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.