# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Odette Langer

                        Plaintiff,

v.                                      Case No.: 1:11–cv–05226
                                                        Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Motion hearing held on 7/29/2014. Plaintiff's requests for documents responsive to requests for production 4, 14, 16, 17, and 19 are granted in part and denied in part for the reasons stated on the record. The parties' oral motion to extend the discovery deadline to 10/29/2014 is granted. Plaintiff failed to serve her supplemental answers to certain interrogatories by 7/24/2014 as ordered by this Court [Doc. 81]. She is given an additional 7 days, until 8/5/2014 to serve these. No further extensions will be granted and plaintiff is cautioned that she must comply with this Court's discovery orders or face sanctions. Magistrate Judge status hearing is set for 9/29/2014 at 11:00 a.m. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.