**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Odette Langer
                                           Plaintiff,

v.                                                               Case No.: 1:11−cv−05226
                                                                  Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Motion Hearing is reset to 9/23/2014 at 8:45 a.m. as to Plaintiff's motion to compel defendant to start producing documents, for leave to have the Court enter orders which Plaintiff can serve on Defendant's departments to receive documents, and to allow pro se Plaintiff to obtain discovery in accordance with the Federal Rules of Civil Procedure in the same manner as the Court would presumably allow an attorney to do so [83]. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.