**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Odette Langer

                                     Plaintiff,

v.                                      Case No.: 1:11−cv−05226
                                                        Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 23, 2014:

       MINUTE entry before the Honorable Sheila Finnegan: Motion hearing held on 9/23/2014 and continued to 10/6/2014 at 9:00 a.m. as to Plaintiff's motion to allow her to start receiving discovery; compel defendant to start producing documents; have the court enter orders which plaintiff can serve on defendant's departments to receive documents; and allow pro plaintiff to obtain discovery in accordance with the Federal Rule of Civil Procedure in the same manner as the Court would presumably allow an attorney to do so [83]. Magistrate Judge status hearing set for 9/29/2014 is cancelled. The parties may contact the courtroom deputy to reset the motion hearing by agreement if additional time is needed to produce the evaluations. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.