UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Odette Langer

                Plaintiff,

v.                                         Case No.: 1:11–cv–05226
                                                Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Motion hearing held on 10/6/2014. Magistrate Judge status hearing set for 11/6/2014 at 9:15 a.m. Plaintiff's motion to allow her to start receiving discovery; compel defendant to start producing documents; have the court enter orders which plaintiff can serve on defendant's departments to receive documents; and allow pro plaintiff to obtain discovery in accordance with the Federal Rule of Civil Procedure in the same manner as the Court would presumably allow an attorney to do so [83] is denied for the reasons stated on the record. Plaintiff's motion that defendant and its representative, Lead Attorney Paul A. Ciastko, have sanctions applied to them or that they be held in contempt of court for their failure to comply with the Court's July 29, 2014 order to produce the specified documents [89] is denied per the rulings stated on the record. Defendant shall send to plaintiff and email a WORD version of the protective order to the Court's proposed order box. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.