# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ODETTE LANGER, | ) | |
|         Plaintiff, | ) | |
| v. | ) | No. 11 CV 5226 |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, | ) | Magistrate Judge Sheila M. Finnegan |
|         Defendant. | ) | |

## NOTICE OF MOTION

To:    Odette Langer
         6429 North Francisco Avenue
         Chicago, Illinois 60645

      **PLEASE TAKE NOTICE** that on **Thursday, November 6, 2014** at **9:15 a.m.**, Defendant shall appear before the Honorable Judge Finnegan, or before such other Judge sitting in her place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 2214, Chicago, Illinois, and present **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois         JAMES L. BEBLEY
this 29th day of October, 2014.      General Counsel

                                              s/ Paul J. Ciastko_____
                                              Paul J. Ciastko
                                              Assistant General Counsel
                                              Board of Education of the City of Chicago
                                              125 South Clark Street, Suite 700
                                              Chicago, Illinois 60603
                                              (773) 553-1700

## CERTIFICATE OF SERVICE

      I , Paul J. Ciastko, state that I caused a copy of the foregoing **NOTICE OF MOTION** to be served via the court's electronic filing system to all attorneys of record and via U.S. Mail to Plaintiff, Odette Langer, 6429 North Francisco Avenue, Chicago, Illinois 60645 deposited at 125 South Clark Street, Chicago, Illinois on October 29, 2014.

                                              s/Paul J. Ciastko_____
                                              Paul J. Ciastko