UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

Instructions: Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: **Paul J. Ciastko**

FIRM: **Board of Education of the City of Chicago**

STREET ADDRESS: **One North Dearborn Street, Suite 900**

CITY/STATE/ZIP: **Chicago, Illinois 60602**

PHONE NUMBER: **773-553-1654**

E-MAIL ADDRESS: **pjciastko@cps.edu**

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): **6212160**

If you have previously filed an appearance with this
Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 13 CV 5631 | Lonnie Johnson v. Board | Judge Kennelly |
| 14 CV 4434 | Ana Tully v. Board | Judge St. Eve |
| 12 CV 06334 | Angela Cunliffe v. Jeffrey Wright | Judge Lindberg |
| 14 C 2824 | Crishon Havard v. Police Officer Robinson | Judge St. Eve |
| 13 CV 01440 | Sunday Uwumarogie v. Board | Judge Leinenweber |
| 11 C 5226 | Odette Langer v. Board | Judge Dow |

_s/Paul J. Ciastko_____          November 20, 2014
Attorney Signature                                                          Date