UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Odette Langer
                          Plaintiff,

v.                           Case No.: 1:11–cv–05226
                          Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 26, 2014:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephonic status conference set for 12/1/2014 at 11:30 a.m. is reset to 12/2/2014 at 2:00 p.m. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.