**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Odette Langer
                                    Plaintiff,

v.                                                   Case No.: 1:11−cv−05226
                                                          Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: Magistrate Judge telephonic status hearing held on 12/2/2014 as to Plaintiff's motion to reconsider its order denying defendant being compelled to start producing any documents requested in plaintiff's first request for production [104]. The motion is denied in part and taken under advisement in part. As stated during the status on 11/24/2014, the request for unredacted evaluations of other principals (showing names and schools) is denied given defendant's willingness to provide a written stipulation that each principal for whom plaintiff was given an evaluation was at a school within Area 1 and was supervised and evaluated by Mr. Kallas. Given this stipulation, plaintiff stated that she did not require the names of the principals and schools. In addition, to the extent possible, the defendant shall identify any evaluations that pertain to a principal who is Hispanic or of Jewish ethnicity. As for plaintiff's request for principal evaluations from 2008 (to supplement the 27 evaluations that she received for 2009), this is taken under advisement until Plaintiff reviews the existing 27 evaluations and reports on whether and how the documents are helpful in proving her claims. Plaintiff is to provide this information to the Court by 1/5/2015. As to Plaintiff's Request For Production 1 (as modified by Plaintiff during the status) regarding principal terminations and retirements over the past three years, the request is denied; however, defendant is to confirm that it has produced discovery related to any complaints against Mr. Kallas by principals alleging they were harassed or treated less favorably because they were not Hispanic or because they were of a Jewish ethnicity. The parties reported that, with respect to Plaintiff's other document requests, they are continuing to meet and confer and do not require a ruling. Joint status report (including firm dates for depositions that either party intends to take) shall be filed by 1/7/2015. Magistrate Judge status hearing is set for 1/23/2015 at 11:00 a.m. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.