**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Odette Langer

                        Plaintiff,

v.                                      Case No.: 1:11−cv−05226
                                      Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Before the Court is Plaintiff's motion for a briefing schedule on her motion for partial summary judgment [17]. The motion is granted in part in that the Court will set the following briefing schedule: Response due 3/13/2015; Reply due 3/27/2015; the Court will issue a ruling by mail. The Court is aware that the parties have been engaged in the discovery process for some time under the supervision of Magistrate Judge Finnegan, but that discovery is not yet closed. To the extent that Defendants believe that additional discovery may be needed in order to respond to Plaintiff's motion, Defendants may file a motion under FRCP 56(d). If no such motion is filed, the briefing schedule set above will stand. Notice of motion date of 2/13/2015 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.