## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Odette Langer

                              Plaintiff,

v.                                           Case No.: 1:11−cv−05226
                                                       Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's unopposed motion to defer briefing on Plaintiff's motion for partial summary judgment [125] is granted. Parties to complete remaining discovery. Defendant's response due by May 15, 2015, and Plaintiff's reply due by June 5, 2015. No appearances are necessary on 2/26/2015. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.