S6

FILED

MAR 0 2 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ODETTE LANGER | ) | No. 11 CV 5226 |
| Plaintiff | ) | |
| v. | ) | Hon. Robert M. Dow Jr. |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | |
| CITY OF CHICAGO, | ) | |
| Defendant | ) | |

.Notice of Motion Without Appearance for Hearing on March 5, 2015
**NOTICE OF MAILING**

**PLAINTIFF'S MOTION THAT TO ALLOW HER TO ADD SOME ADDITIONAL UNDISPUTED FACTS TO HER MOTION FOR PARTIAL SUMMARY JUDGMENT**:

TO: Paul J. Ciastko – Counsel for Defendant.

CPS Law Department

One North Dearborn Street; Suite 900

Chicago, Illinois 60602.

## NOTICE OF MAILING

PLEASE TAKE NOTICE that on March 2, 2015 Plaintiff has filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division two paper copies with the above entitled caption, one copy for the Honorable Judge Dow and the other for the court CM-ECF files.

Odette Langer

## CERTIFICATE OF SERVICE

I, Odette Langer, Plaintiff pro se do hereby certify that I mailed in Chicago, Illinois a copy of the above titled document to Paul J. Ciastko, at the above address, on March 2, 2015 before 4:00 p.m. in an envelope with the fully required postage.

_Odette Langer_
Odette Langer, Plaintiff pro se
6429 N. Francisco Ave.
Chicago, Illinois 60645

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ODETTE LANGER | ) | No. 11 CV 5226 |
| Plaintiff | ) | |
| v. | ) | Hon. Robert M. Dow Jr. |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | |
| CITY OF CHICAGO, | ) | |
| Defendant | ) | |

## MOTION WITHOUT APPEARANCE

## PLAINTIFF'S MOTION T0 ALLOW HER TO ADD SOME ADDITIONAL UNDISPUTED FACTS TO HER MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes Plaintiff Odette Langer, pro se, and moves that the Honorable Judge Robert M. Dow Jr. allow Plaintiff to add additional facts to the 14 facts to which there is no genuine dispute. The additional facts may result in the case not going to trial on those points and should not require Defendant to need more than minutes in which to respond.

Pro se Plaintiff believes that in her motion for partial summary judgment she should have included additional undisputed material facts in regard to her "Local Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue" item 4. Item 4 stated "Plaintiff further brings this action in regard to denial of property rights and due process under the Fourteenth Amendment to the United States Constitution and the requirements of Illinois State Law." Although Plaintiff included various facts on the subject on the first page of her motion and in her memorandum of law and other pages, she did not include them and other facts about which there was no genuine dispute in her "Statement of Material Facts …" and she believes that it is desirable to do so.

**WHEREFORE:** Pro se Plaintiff, Odette Langer, prays that this Honorable Court allow Plaintiff to add additional facts to the 14 facts that were included in her motion for partial summary judgment's "Local Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue".

Dated: March 2, 2015

Respecttfully submitted

*Odette Langer*

Odette Langer, Plaintiff pro se
6429 N. Francisco Ave.
Chicago, Illinois 60645
773-973-0399