# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Odette Langer

                      Plaintiff,

v.                                              Case No.: 1:11−cv−05226

                                                Honorable Robert M. Dow Jr.

Board Of Education Of The City Of Chicago

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2015:

      MINUTE entry before the Honorable Sheila Finnegan: Magistrate Judge status hearing held on 3/12/2015 and continued to 4/7/2015 at 11:00 a.m. Defense counsel provided a status report which Plaintiff agreed was accurate, including that Plaintiff has examined unredacted principal evaluations. Plaintiff's motion to find defendant in contempt of court and apply sanctions [129] is denied for the reasons stated on the record. Plaintiff's deposition has been rescheduled by agreement to 4/2/2015. Plaintiff requested additional time to identify witnesses she intends to depose since she did not do so by the court−ordered deadline of 2/25/2015. Plaintiff is given until 3/18/2015 to provide the names to defense counsel. No further extensions will be given. By 3/25/2015, defense counsel shall either provide Plaintiff with contact information (last known address, telephone, email) for each witness or indicate that he is authorized to accept service. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.